02-11-033-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00033-CV

 

 


 
 
 Texas Department of Family and Protective Services,
 Carla Brown, Georgia Traylor, Melody Nalls, Lona Mathis, and Crystal Young
 
 
  
 
 
 APPELLANTS
 
 
 
 
  
 V.
  
 
 
 
 
 Avonda Fox, Individually and as Next Friend of
 Jacob Fox, Deceased
 
 
  
 
 
 APPELLEE
 
 


 

 

------------

 

FROM THE 48th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Appellants' Unopposed Motion To Dismiss Appeal.”  It is the
court=s
opinion that the motion should be granted; therefore, we dismiss the appeal.  See
Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs
of the appeal shall be paid by appellants,
for which let execution issue.  See Tex. R. App. P. 42.1(d). 

 

PER
CURIAM

PANEL: 
DAUPHINOT,
GARDNER, and WALKER, JJ. 


 

DELIVERED:
 May 26, 2011








 









[1]See Tex. R. App. P. 47.4.